UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5844**

Case Title: **James D. McConnell** vs. **U.S. Dept. of Agriculture, et al**

List all clients you represent in this appeal:

**James D. McConnell**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor        (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joshua Martin Robbins**    Signature: s/ **Joshua M. Robbins**

Firm Name: **Pacific Legal Foundation**

Business Address: **3100 Clarendon Blvd., Suite 1000**

City/State/Zip: **Arlington, VA 22201**

Telephone Number (Area Code): **202-945-9524**

Email Address: **jrobbins@pacificlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17